**No. 52452.**—Thompson Mahogany Co. *v.* United States, protest 120502–K (Laredo).

Opinion by MOLLISON, J. At the trial the plaintiff established that the imported lumber consisted of mahogany which had been sawed into boards and then planed on one edge. It was also established that as imported, the lumber was not dedicated to any particular use, and was not flooring. Upon the record it was held that the lumber was entitled to free entry under paragraph 1803, as claimed. *Thompson Mahogany Co.* v. *United States* (13 Cust. Ct. 204, C. D. 894) cited.

BEFORE THE SECOND DIVISION, JULY 12, 1948

**No. 52453.**—John Zimmermann Co. *v.* United States, protests 879675–G and 928552–G (New York).

Opinion by TILSON, J. It was stipulated that certain items of the merchandise consist of racello hats or hat bodies similar in all material respects to those the classification of which was involved in Abstract 47291. Accepting this stipulation as a statement of fact and following the cited authority the claim at 25 percent under paragraph 1504 (b) (1) was sustained.